IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 3:16-cv-502-FDW-DSC

MARK WEST *et al.*,

    Plaintiffs,

v.

CONTINENTAL AUTOMOTIVE, INC., and PENSION PLAN FOR HOURLY-PAID EMPLOYEES OF CONTINENTAL AUTOMOTIVE, INC. and CERTAIN AFFILIATE COMPANIES,

    Defendants.

# ORDER

**THIS MATTER** is before the Court on the parties' Joint Motion to Stay Civil Action and Defendants' Motion to Extend Time to Answer.

Having conferred with the chambers of the Honorable Frank D. Whitney, the Motion to Stay (document #19) is <u>denied</u>.

The Motion to Extend Time to Answer (document #20) is <u>granted</u>. Defendants shall respond to Plaintiffs' Class Action Complaint on or before September 6, 2016.

**SO ORDERED**.

Signed: August 22, 2016

_____
David S. Cayer
United States Magistrate Judge