# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| MARK WEST, et al, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00502-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| CONTINENTAL AUTOMOTIVE, INC., and PENSION PLAN FOR HOURLY-PAID EMPLOYEES OF CONTINENTAL AUTOMOTIVE, INC. AND CERTAIN AFFILIATE COMPANIES, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 5, 2018 Order Approving Settlement and Orders.

February 5, 2018

_____
Frank G. Johns, Clerk
United States District Court