UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00502-FDW-DSC

| | |
|---|---|
| MARK WEST, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CONTINENTAL AUTOMOTIVE, INC., )<br>and PENSION PLAN FOR HOURLY-PAID )<br>EMPLOYEES OF CONTINENTAL )<br>AUTOMOTIVE, INC. AND CERTAIN )<br>AFFILIATE COMPANIES, )<br>)<br>Defendants. )<br>) | ORDER |

THIS MATTER is before the Court on Plaintiffs' Unopposed Motion for Final Approval of Award of Attorneys' Fees and Expenses (Doc. No. 55). For good cause shown, Plaintiffs' motion is GRANTED.

IT IS HEREBY ORDERED that Plaintiffs are awarded attorneys' fees in the amount of $235,000 and expenses in the amount of $1,500 to be paid by Continental Automotive, Inc. within sixty (60) days of the date of this Order.

IT IS SO ORDERED.

Signed: February 5, 2018

Frank D. Whitney
Chief United States District Judge

1